UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HPP SYSTEMS DE MEXICO S.A. DE CV,<br><br>Plaintiff,<br><br>v.<br><br>FARADAY&FUTURE INC.,<br><br>Defendant. | No. 2:19-cv-07173-JAK-RAO<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF DEFENDANT FARADAY&FUTURE INC. WITH PREJUDICE AND WITHOUT COSTS, INTEREST, OR ATTORNEYS' FEES TO ANY PARTY (DKT. 54)**<br><br>**JS-6** |

Based on a review of the parties' Stipulation for Dismissal of Defendant Faraday & Future Inc. with Prejudice and Without Costs, Interest, or Attorneys' Fees to Any Party (the "Stipulation" (Dkt. 54)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED.** Pursuant to Federal Rule of Civil Procedure 41(a), the above-captioned action is dismissed in its entirety, with prejudice, with each party bearing its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: August 9, 2021

_____
John A. Kronstadt
United States District Judge